THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANNA M. WOOD, as Trustee of School District Number 5 of the Town of Huntington, et al., Appellants, *v.* FRANK B. GRAVES, as Commissioner of Education of the State of New York, et al., Respondents.

(Argued September 30, 1929; decided October 15, 1929.)

*Willard M. Baylis* for motion.
*Lewis L. Delafield, Jr.,* opposed.

Motion granted.

LORD & BURNHAM COMPANY, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

(Submitted October 7, 1929; decided October 15, 1929.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 251 N. Y. 198.)